USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

**MANDATE**

S.D.N.Y. - N.Y.C.
08-cv-3097
Wood, C.J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of July, two thousand eight,

Present:

    Hon. José A. Cabranes,
    Hon. Barrington D. Parker,
    Hon. Reena Raggi,
        *Circuit Judges.*

---

Eric Fitzgerald Lewis,

    *Plaintiff-Appellant,*

v.                      08-2044-cv

Young Jeezy, *et al.*,

    *Defendants-Appellees.*

---

Appellant, *pro se*, moves for leave to proceed *in forma pauperis* and for an extension of time to file motions and briefs. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk

                By: *[signature]*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

SAO-MGM



Issued as Mandate: 08/12/08